UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-98-T-17TGW

JERRY ROGERS

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to defendant Jerry Rogers' right, title, and interest in $80,090.00 in U.S. currency seized on October 8, 2011.

Being fully advised in the premises, the Court hereby finds that the currency identified above represents proceeds the defendant obtained, directly or indirectly from the offense charged in Count One of the Indictment, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), for which he pled guilty. Thus, the United States has established the requisite *nexus* between the currency and the offense of conviction. Accordingly, it is hereby

ORDERED that for good cause shown, said motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2), the currency identified

above is hereby FORFEITED to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

ORDERED in Tampa, Florida, this 9th day of ~~April~~ May, 2013.

                                                                   ELIZABETH A. KOVACHEVICH
                                                                   UNITED STATES DISTRICT JUDGE